# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4370
_____

MICHAEL BRAD ORSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

January 10, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nathan D. Clark and Lori K. Weems of Coral Reef Law Offices, P.A., Miami, for Appellant.

Ashley Brooke Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.